UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANSOUR M. VERACRUZ,

        Plaintiff,

   v.

MAECAENAS B. HENDRIX, et al.,

        Defendants.

CASE NO. C14-6029 BHS

ORDER CLOSING CASE

This matter comes before the Court on the parties' supplemental briefing (Dkts. 37, 38, & 39).

On October 7, 2015, the Court granted Defendants Franciscan Health System and Maecaenas B. Hendrix's motion for summary judgment and requested additional briefing addressing whether any claims remain for trial. Dkt. 36. On October 26, 2015, Plaintiff Mansour M. Veracruz ("Veracruz") responded. Dkt. 38. On October 29, 2015, Defendants responded. Dkt. 39.

Although the Court granted summary judgment on the majority of Veracruz's claims, it was unclear whether Veracruz had additional, unaddressed claims. In his

1  response brief, Veracruz fails to identify any remaining, unaddressed claim. *See* Dkt. 38.

2  Therefore, the Court directs the Clerk to enter **JUDGMENT** for Defendants and close

3  this case.

4  Dated this 3rd day of November, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2