# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MANSOUR M. VERACRUZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MAECAENAS B. HENDRIX, et al.,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. CV14-6029BHS |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Judgment is entered in favor of Defendants against Plaintiff.

Dated this 3rd day of November, 2015

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Gretchen Craft, Deputy Clerk