UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANSOUR M. VERACRUZ
    Plaintiff,

  - Vs -

MAECAENAS B. HENDRIX, et al
    Defendants

Case No. C14-6029

NOTICE OF APPEAL

On the 3rd day of November, 2015 the Court directed the Clerk to enter Judgement for the defendents.

The plaintiff hereby file notice of appeal this 8th day of November 2015.

Respectfully Submitted,

Mansour M. Veracruz
420 Coal S.E. #7
Albuquerque, New Mexico 87102
(505) 448-9252

November 8, 2015