UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MANSOUR M. VERACRUZ,

        Plaintiff - Appellant,

  v.

DR. MAECAENAS B. HENDRIX; et al.,

        Defendants - Appellees.

No. 15-35886

D.C. No. 3:14-cv-06029-BHS
U.S. District Court for Western
Washington, Tacoma

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

This order served on the district court shall constitute the mandate of this court.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Estela Urrutia
                              Deputy Clerk